IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRINCE SAYON LENARD SCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   CASE NO. 2:19-CV-565-WKW |
| Ms. D. ALLISON, Kilby Correctional Facility Classifications Specialist, and Mr. MIKE, Kilby Correctional Facility Prison Religious Coordinator and Director, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On February 14, 2022, the Magistrate Judge filed a Recommendation (Doc. # 18) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 18) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 7th day of March, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE